395 A.2d 970

Commonwealth v. Jones, Appellant.

412

Argued September 14, 1978. Edwin P. Smith, for appellant; Eric J. Cox, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.